STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

THOMAS J. BRADY
Assistant U.S. Attorney
Room 6100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 1 6 2000

at __1__ o'clock and __12__ min. __P__ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 00-00106 HG |
| | ) | |
| Plaintiff, | ) | SECOND SUPERSEDING |
| | ) | INDICTMENT |
| vs. | ) | |
| | ) | [21 U.S.C. §§ 846, |
| STUART SEUGASALA, (01), | ) | 841(a)(1); 18 U.S.C. |
| aka "Tone," | ) | § 2] |
| LEO SILVA, (02), | ) | |
| aka "Psycho," | ) | |
| SULU PAU, (03), | ) | |
| JOSE SERPA, (04), | ) | |
| MIGUEL STEWART GONZALEZ-GARCIA, (05), | ) | |
| aka "Michael Stewart," | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

SECOND SUPERSEDING INDICTMENT

COUNT 1

The Grand Jury charges:

From a date unknown, but from at least 1998, to on or

about March 1, 2000, within the District of Hawaii and elsewhere,

STUART SEUGASALA, aka "Tone,"

LEO SILVA, aka "Psycho,"

SULU PAU,

JOSE SERPA, and

MIGUEL STEWART GONZALEZ-GARCIA, aka "Michael Stewart,"

defendants herein, did conspire with each other and with others

unknown to the Grand Jury to knowingly and intentionally possess

with intent to distribute in excess of 50 grams of

methamphetamine, a Schedule II controlled substance, a violation

of Title 21, United States Code, Section 841(a)(1).

<u>OVERT ACTS</u>

In furtherance of the conspiracy and to accomplish the

objects thereof, the following overt acts were committed in the

District of Hawaii and elsewhere by members of the conspiracy:

1)    On or about July 6, 1999, LEO SILVA, aka "Psycho,"

met with another person at the McDonald's parking lot, located at

2121 N. Nimitz Highway, and gave the person one (1) ounce of

crystal methamphetamine.  The methamphetamine was originally

supplied by JOSE SERPA and MIGUEL STEWART GONZALEZ-GARCIA, aka

"Michael Stewart."

2)    On or about July 7, 1999, STUART SEUGASALA, aka

"Tone," through the use of the telephone, discussed with another

person the previous "ice" deal with LEO SILVA, aka "Psycho," as

well as negotiated to distribute an additional one (1) ounce

"ice" deal later that day.

3)    On or about July 7, 1999, LEO SILVA, aka "Psycho,"

met with another person at the McDonald's parking lot, located at

2121 N. Nimitz Highway, and gave the person one (1) ounce of

crystal methamphetamine in exchange for $6,000 in cash.  $3,000

in cash was payment for the previous day's one (1) ounce "ice" transaction. The methamphetamine was originally supplied by JOSE SERPA and MIGUEL STEWART GONZALEZ-GARCIA, aka "Michael Stewart."

4) On or about the second week of July, 1999, SULU PAU rented Room #902 at the Hawaiian Monarch Hotel for herself, SEUGASALA and SILVA.

5) On or about July 12, 1999, SULU PAU returned to the Hawaiian Monarch Hotel in an attempt to retrieve personal property from inside the safe of Room #902. The safe contained approximately nine (9) ounces of crystal methamphetamine and over $16,000 in cash. The methamphetamine was originally supplied by JOSE SERPA and MIGUEL STEWART GONZALEZ-GARCIA, aka "Michael Stewart."

6) On or about July 16, 1999, LEO SILVA, aka "Psycho," provided another person with approximately two (2) ounces of crystal methamphetamine. The methamphetamine was originally supplied by JOSE SERPA and MIGUEL STEWART GONZALEZ-GARCIA, aka "Michael Stewart."

7) On or about August 8, 1999, STUART SEUGASALA, aka "Tone," through the use of the telephone, discussed with another person losing both the cash and crystal methamphetamine from Hawaiian Monarch Hotel on July 12, 1999.

All in violation of Title 21, United States Code, Section 846.

3

## COUNT 2

The Grand Jury further charges that:

On or about July 6, 1999, in the District of Hawaii, STUART SEUGASALA, aka "Tone," LEO SILVA, aka "Psycho", JOSE SERPA, and MIGUEL STEWART GONZALEZ-GARCIA, aka "Michael Stewart," did knowingly and intentionally possess with intent to distribute and distribute in excess of 5 grams of crystal methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT 3

The Grand Jury further charges that:

On or about July 7, 1999, in the District of Hawaii, STUART SEUGASALA, aka "Tone," LEO SILVA, aka "Psycho", JOSE SERPA, and MIGUEL STEWART GONZALEZ-GARCIA, aka "Michael Stewart," did knowingly and intentionally possess with intent to distribute and distribute in excess of 5 grams of crystal methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT 4

The Grand Jury further charges that:

On or about July 12, 1999, in the District of Hawaii, STUART SEUGASALA, aka "Tone," LEO SILVA, aka "Psycho," SULU PAU, JOSE SERPA, and MIGUEL STEWART GONZALEZ-GARCIA, aka "Michael Stewart," did knowingly and intentionally possess with intent to

distribute in excess of 50 grams of crystal methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

COUNT 5

The Grand Jury further charges that:

On or about July 16, 1999, in the District of Hawaii, STUART SEUGASALA, aka "Tone," LEO SILVA, aka "Psycho," JOSE SERPA, and MIGUEL STEWART GONZALEZ-GARCIA, aka "Michael Stewart," did knowingly and intentionally possess with intent to distribute and distribute in excess of 50 grams of crystal methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

DATED: _____Aug 16_____, 2000, at Honolulu, Hawaii.

A TRUE BILL

/s/

_____
FOREPERSON, GRAND JURY

_____
STEVEN S. ALM
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
THOMAS J. BRADY
Assistant U.S. Attorney